181 So.2d 398

**Emma Nujber KERSHAW et al. and Henry Ford Suire, etc.**

v.

**TRAVELERS INDEMNITY COMPANY.**

No. 48012.

Jan. 17, 1966.

In re: Travelers Indemnity Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Jefferson Davis. 179 So.2d 532.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

181 So.2d 399

**Lloyd Willis SANTOS**

v.

**HUNT LUMBER COMPANY.**

No. 48010.

Jan. 17, 1966.

In re: Lloyd Willis Santos applying for certiorari, or writ of review, to the Court,

of Appeal, Third Circuit, Parish of Sabine. 179 So.2d 493.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.